UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAYVON MCFADDEN,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN et al.,<br><br>    Respondents. | Case No. 2:24-cv-09424-SB-SSC<br><br>ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE |

    Petitioner Trayvon McFadden, proceeding pro se, filed a petition for writ of habeas corpus on October 28, 2024, without paying the required filing fee or submitting a request to proceed in forma pauperis (IFP).  Dkt. No. 1.  On the same day, the clerk's office notified Petitioner of the deficiency, provided an IFP form application (CV-60P), directed Petitioner to either pay the filing fee or submit an IFP request within 30 days, and noted that failure to do so within 30 days may result in dismissal.  Dkt. No. 2.  The deadline has passed, and Petitioner has not paid the fee or filed an IFP request.  By no later than January 17, 2025, Plaintiff is ordered to either pay the filing fee or file form CV-60P requesting to proceed IFP.  Failure to do so will result in the dismissal of this case without prejudice.

Date: December 18, 2024

                                                   Stanley Blumenfeld, Jr.
                                                  United States District Judge